FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 25 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARY MICHAEL STREITLER,

        Petitioner,

v.

JEFFREY UTTECHT,

        Respondent.

Case No. C12-1288-JLR

ORDER DENYING 28 U.S.C. § 2254 HABEAS PETITION

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Answer, the reply, the unopposed Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law, and the balance of the record, does hereby find and ORDER:

(1)    The Report and Recommendation is ADOPTED;

(2)    Petitioner's habeas petition is DENIED;

(3)    Petitioner is DENIED issuance of a certificate of appealability; and

(4)    The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge James P. Donohue.

DATED this 25 day of March, 2013.

JAMES L. ROBART
United States District Judge



12-CV-01288-ORD